UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRY LYNN JONES, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-00160** |
| **TERREBONNE PARISH** | **SECTION "A"(2)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Moreover, the motion for appointment of counsel (Rec. Doc. 21) is denied because the petitioner has not presented any claim redressable in this federal lawsuit.

Therefore,

**IT IS ORDERED** that the petition of Terry Lynn Jones, Jr.'s for issuance of a writ of habeas corpus under 28 U.S.C. § 2241 be **DISMISSED WITHOUT PREJUDICE**.

June 15, 2023

_____
UNITED STATES DISTRICT JUDGE